# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENOS F. TAPLIN, Jr., #R60561, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 16-cv-01146-SMY |
| WARDEN PINCKNEYVILLE CC | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: April 17, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tammy McMannis
Deputy Clerk

APPROVED: s/ STACI M. YANDLE
Staci M. Yandle
United States District Judge